IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
04 FEB -2 PM 5:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CV-02-C-0749-E |
| PHARMACIA CORPORATION, et al, | * | |
| Defendants. | * | |

NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR
DEFENDANT, PHARMACIA CORPORATION

Come William J. Baxley, Joel E. Dillard and the firm, Baxley, Dillard, Dauphin & McKnight, and enter their appearances as additional counsel of record in these proceedings for Defendant Pharmacia Corporation.

Respectfully submitted,

BAXLEY, DILLARD, DAUPHIN & McKNIGHT

_____
William J. Baxley                    BAX001

_____
Joel E. Dillard                        DIL005
2008 Third Avenue South
Birmingham, Alabama 35233
Telephone: 205.271.1100
Fax: 205.271.1108
Attorneys for Defendant Pharmacia Corporation

77

## Certificate of Service

I hereby certify that I have served a copy of the above and foregoing pleading to be served on all counsel of record in this action, by First Class Mail or by hand delivery, in compliance with the Federal Rules of Civil Procedure this 2nd day of February, 2004.

_____
Of Counsel