

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CV-02-C-0749-E |
| PHARMACIA CORPORATION, f/k/a MONSANTO COMPANY and SOLUTIA INC., | * * | |
| Defendants. | | |

**GRANTED** 2/11/04

---

**MOTION ON THE APPLICATION OF JESSE S. FINLAYSON TO APPEAR PRO HAC VICE ON BEHALF OF DEFENDANT SOLUTIA INC.**

---

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as soon as this matter may be heard by the above-entitled Court, applicant Jesse S. Finlayson, will and hereby does move the Court for an Order allowing him to appear in this action as counsel pro hac vice on behalf of Defendant Solutia Inc. This Motion is based on the accompanying Application of Jesse S. Finlayson.

DATED: February 5, 2004

                                                      Jesse S. Finlayson
                                                    GIBSON, DUNN & CRUTCHER LLP

                                                    By: _____
                                                         Jesse S. Finlayson

                                                    Attorneys for Defendant
                                                    SOLUTIA INC., debtor and debtor in possession

