IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>PHARMACIA CORPORATION (p/k/a Monsanto Company) and SOLUTIA, INC.,<br><br>Defendants. | CIVIL ACTION NO. CV-02-C-0749-E |

### **SPECIAL MASTER AFFIDAVIT OF G. DOUGLAS JONES**

THE STATE OF ALABAMA          §
                              §
COUNTY OF JEFFERSON           §

  My name is G. Douglas Jones.  I was appointed in September, 2003 in the above referenced cause to act as a Special Master to advise the Court generally and specifically to serve as Settlement Administrator of the global Settlement herein.

  Pursuant to 28 U.S.C. § 455, I hereby declare as follows:

  1. I do not have a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning these proceedings, except for knowledge gained during my service as Special Master herein;

  2. I have not, while in private practice, served as a lawyer in the matter in controversy, nor has a lawyer with whom I have previously practiced law served during such association as a lawyer concerning the matter, nor have I or any such lawyer during such association been a material witness concerning the matter in controversy;

  3. Neither I, individually or as a fiduciary, nor my spouse or any minor child residing in my household, has any financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of my duties as Special Master.

1

4. Neither I, nor my spouse, nor a person within the third degree of relationship to either of us, or the spouse of such person:

   a. Is a party to the proceedings, or an officer, director or trustee of a party;
   b. Is acting as a lawyer in this proceeding;
   c. Has any interest that could be substantially affected by the outcome of the proceeding; or
   d. Is likely to be a material witness to the proceeding.

5. In making the foregoing declarations, I have informed myself about my personal and fiduciary financial interests, and made a reasonable effort to inform myself about the personal and financial interests of my spouse and any minor children residing in my household.

6. In making the foregoing declarations, I have applied the definitions found in 28 U.S.C. § 455(d) to the terms used in this declaration.

In conclusion, I know of no reason described in 28 U.S.C. § 455 that would disqualify me from acting as a Special Master pursuant to FRCP 53.

Further, affiant saith not.


/s/ G. Douglas Jones_____
G. Douglas Jones

**OF COUNSEL:**
Whatley Drake, L.L.C.
P.O. Box 10647
Birmingham, AL 35202-0647
(205) 328-9576

SUBSCRIBED AND SWORN TO BEFORE ME by said G. Douglas Jones, to certify which witness my hand and seal of office on this 21st day of January, 2005.

/s/ Tyler Renea Moffett
Notary Public in and for the State of Alabama
My commission expires:
October 27, 2007_____

[NOTARY SEAL]

2

## **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, postage prepaid and properly addressed, or, as indicated, by hand delivery this the 21st day of January, 2005.

**William A. Weinischke, Esq.**
Environmental Enforcement Section                      U.S. Department of Justice
Post Office Box 7611
Washington, D.C.  20044

**Michael Stephenson, Esq.**
Environmental Protection Agency
Atlanta Federal Center
61 Forsyth St., SW., 13th FL-OEA
Atlanta, GA 30303-3104

**Buddy Cox, Esq.**
Lightfoot, Franklin & White
400 20th St. N.
Birmingham, AL 35203

**J. Mark White, Esq.**
White, Arnold, Andrews & Dowd, P.C.
2025 3rd Ave N., Ste 600
Birmingham, AL 35203

                   /s/ G. Douglas Jones_____
                   G. Douglas Jones