IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHARMACIA LLC, successor in interest to PHARMACIA CORPORATION (p/k/a Monsanto Company) and SOLUTIA INC.,<br><br>Defendants. | CIVIL ACTION NO. 1:02-cv-0749-KOB |

## MOTION TO ENTER CONSENT DECREE

Plaintiff, the United States of America, on behalf of the States Environmental Protection Agency ("EPA"), with the consent of the Defendants, moves the Court to enter the Consent Decree which was lodged with this Court on December 6, 2012. Notice of the lodging of the proposed Consent Decree was published in the Federal Register on December 13, 2012 at Volume 77 Fed. Reg. Pages 74222-74223. Upon request, the public comment period was extended from thirty days to sixty days. Notice of the lodging was published in the Federal Register at Volume 77 pages 7602-7603.

The Plaintiff has determined that entry of the proposed Consent Decree is warranted and hereby moves the Court for entry of the proposed Consent Decree, seeking the Court's approval that the Decree is fair, reasonable, and consistent with the Comprehensive Environmental Response, Compensation and Recovery Act (CERCLA).

In further support of this Motion, attached hereto is the Plaintiff's Memorandum in Support of Motion to Enter Consent Decree for Remedial Design/Remedial Action for Operable

Unit No. 3.

DATED: March 8, 2013

        Respectfully submitted,

        IGNACIA S. MORENO
        Assistant Attorney General
        Environment and Natural Resources
        Division
        United States Department of Justice

By:   S/William A. Weinischke
        WILLIAM A. WEINISCHKE
        Senior Attorney
        Environmental Enforcement Section
        Environment and Natural Resources
        Division
        United States Department of Justice
        Post Office Box 7611
        Washington, D.C. 20044
        (202) 514-4592

Of Counsel:

RUDOLPH C. TANASIJEVICH
Associate Regional Counsel
Environmental Protection Agency
Region 4
61 Forsyth Street
Atlanta, Georgia 30303

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

wcox@lightfootlaw.com


S/ William A. Weinischke