FILED
2025 Dec-30 AM 11:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **1:02-CV-0749-RDP** |
| | ) | |
| **PHARMACIA LLC (p/k/a** | ) | |
| **MONSANTO) AND** | ) | |
| **SOLUTIA INC.** | ) | |

**JOINT STATUS REPORT**

Defendants Pharmacia LLC and Solutia Inc. ("P/S") and Plaintiff, the United States of America, jointly submit this Status Report pursuant to this Court's Order dated June 30, 2025 (Dkt. 286). The parties report as follows:

1. Operable Unit 3 - On April 17, 2013, the Remedial Design/Remedial Action Consent Decree for OU-3 was entered by the Court (Dkt. 200). As set forth in previous status reports (e.g., Dkt. 274, 276, 278, 283 and 285), Operable Unit-3 (Solutia Plant Site and adjacent closed landfills) remains in the operations and maintenance phase of the Remedial Action and is subject to periodic, 5-Year Review as required under CERCLA. In addition, Solutia has completed an investigation and continues the process of implementing supplemental remediation measures under the oversight of EPA regarding a water seep associated with one of the former closed

landfills. P/S and EPA are investigating options for optimizing the groundwater remedy for OU-3.

2. Operable Unit 1/Operable Unit 2 - On March 26, 2021, the Remedial Design/Remedial Action Consent Decree (for Portions of the Record of Decision for Operable Unit 1/Operable Unit 2) was entered by the Court (Dkt. 266). At this time, the Remedial Design portion of the Work continues to be performed by P/S under the direction and oversight of EPA and with input from the Special Master. Specifically, Solutia has completed the implementation of the Pre-Design Investigation Workplan approved by EPA by collecting additional samples and other field data necessary to complete the Remedial Design portion of the Work. The Remedial Design portion of the Work is currently under development.

3. Operable Unit 4 – On May 1, 2023, P/S submitted to EPA a revised Feasibility Study for OU-4. The revisions were submitted in accordance with a schedule approved by the Court (Dkt. 270) and was developed in accordance with the requirements of the revised 2003 Partial Consent Decree for the Anniston PCB Site (Dkt. 72). EPA completed the Proposed Plan for the implementation of remedial measures for OU-4 conducting a public comment period from June 1, 2024 through July 30, 2024. In June and July 2024, EPA hosted two public meetings in Oxford, Alabama and hosted open houses in Lincoln, Alabama and Oxford, Alabama to inform the public about the Proposed Plan and to solicit public

comments regarding the Proposed Plan. The decision by EPA on the OU4 remedial action to be implemented at the Site is embodied in a final Record of Decision (ROD) executed on December 20, 2024. P/S submitted an initial good faith offer to EPA on June 13, 2025, and the parties are currently engaged in good faith negotiations regarding the terms for a consent decree for the implementation of the remediation design and remedial action for OU-4. Several settlement meetings have occurred and attendees have included representatives of the federal and state natural resource trustees and the Alabama Department of Environmental Management. The parties have exchanged drafts of a Remedial Design/Remedial Action consent decree and statement of work to implement the ROD for OU-4 and believe that an agreement regarding a proposed consent decree and statement of work should be reached and presented to the Court in the near future. In addition, P/S has initiated special studies in the area downstream of OU-4.

4. The parties request that the Court schedule the next status report for June 30, 2026.

Respectfully submitted,

/s/ William S. Cox, III
One of the Attorneys for Defendants
Pharmacia LLC and Solutia, Inc.

OF COUNSEL:

William S. Cox, III (ASB-7592-C60W)
Bradley Arant Boult Cummings LLP One Federal Place
1819 Fifth Avenue North Birmingham, AL 35203
(205) 521-8185
bcox@bradley.com

/s/ Davis H. Forsythe (with permission)
One of the new Attorneys for Plaintiff
United States of America

OF COUNSEL:

Davis H. Forsythe
Senior Counsel
U.S. Department of Justice
Environmental Enforcement
Section
Environment and Natural
Resources Division
999 18th Street, North Terrace
Suite 600
Denver, CO 80202
Phone: (303) 844-1391
Fax: (303) 844-1350
E-mail:
davis.forsythe@usdoj.gov

Rudy Tanasijevich
Associate Regional Counsel
U.S. Environmental Protection Agency
61 Forsyth Street, S.W.
Atlanta, GA 30303
(404) 652-9557
Tanasijevich.rudy@epa.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ William S. Cox, III
OF COUNSEL FOR DEFENDANTS